**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03889-DDD-CYC

GARY PETERSON, derivatively on behalf of Vail Resorts, Inc.,

Plaintiffs,

v.

ROBERT A. KATZ, D. BRUCE SEWELL, HILARY A. SCHNEIDER, PETER A. VAUGHN, SUSAN L. DECKER, MICHELE ROMANOW, NADIA RAWLINSON, IRIS KNOBLOCH, and REGINALD CHAMBERS,

Defendants,

VAIL RESORTS, INC.,

Nominal Defendant.

---

**NOTICE OF RELATED CASES**

---

Pursuant to D.C.COLO.LCivR 3.2, defendants Robert A. Katz, D. Bruce Sewell, Hilary A. Schneider, Peter A. Vaughn, Susan L. Decker, Michele Romanow, Nadia Rawlinson, Iris Knobloch, and Reginald Chambers (the "Individual Defendants"), and nominal defendant Vail Resorts, Inc. ("Vail Resorts," and collectively with the Individual Defendants, the "Defendants"), by and through the undersigned counsel, hereby identify the following cases as having related facts and at least one party in common with the above-captioned matter: *Goloja et al v. Vail Resorts, Inc. et al*, Case No. 1:26-cv-01191-RMR-SBP (D. Colo.) and *Green et al v. Vail Resorts, Inc. et al*, Case No. 1:26-cv-03555-RMR-SBP (D. Colo.).

Dated: September 15, 2026

Respectfully submitted,

*/s/ R. Reeves Anderson*

Robert Reeves Anderson
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2848
Tel: (303) 863-1000
Reeves.Anderson@arnoldporter.com

Stephanna F. Szotkowski
ARNOLD & PORTER KAYE SCHOLER LLP
300 North LaSalle Drive, Suite 3500
Chicago, IL 60654
Tel: (312) 583-2300
Stephanna.Szotkowski@arnoldporter.com

Aaron F. Miner
C. Scott Lent
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Aaron.Miner@arnoldporter.com
Scott.Lent@arnoldporter.com

*Counsel for Robert A. Katz, D. Bruce Sewell, Hilary A. Schneider, Peter A. Vaughn, Susan L. Decker, Michele Romanow, Nadia Rawlinson, Iris Knobloch, Reginald Chambers, and Nominal Defendant Vail Resorts, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I served via CM/ECF the foregoing **NOTICE OF RELATED CASE** on all counsel of record.

*/s/ R. Reeves Anderson*